Jason G. Revzin
Nevada Bar No. 8629
LEWIS BRISBOIS BISGAARD & SMITH LLP
6385 South Rainbow Blvd., Suite 600
Las Vegas, NV 89118
Telephone: (702) 893-3383
Fax:  (702) 893-3789
Email: jason.revzin@lewisbrisbois.com
**Counsel for Trans Union LLC**

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| MICHAEL D. MONGARAZ,<br><br>Plaintiff,<br><br>v.<br><br>FIRST HORIZON NATIONAL CORPORATION D/B/A FIRST HORIZON HOME LOANS, EQUIFAX INFORMATION SERVICES, LLC , EXPERIAN INFORMATION SOLUTIONS, INC., and TRANS UNION LLC,<br><br>Defendants. | Case No. 2:17-cv-01278-JCM-PAL<br><br>**STIPULATION AND ORDER EXTENDING DEFENDANT TRANS UNION LLC'S TIME TO RESPOND TO PLAINTIFF'S COMPLAINT (FIRST)** |

COME NOW Plaintiff Michael D. Mongaraz ("Plaintiff") and Defendant Trans Union LLC ("Trans Union"), by and through their respective counsel, and file their Joint Stipulation Extending Defendant Trans Union's Time to Respond to Plaintiff's Complaint.

On May 8, 2017, Plaintiff filed his Complaint. The deadline for Trans Union to answer or otherwise respond to Plaintiff's Complaint is May 31, 2017. Plaintiff has agreed to extend the

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

deadline in which Defendant has to file its appropriate responsive pleadings to Plaintiff's Complaint until June 14, 2017.

DATED: May 31, 2017

**LEWIS BRISBOIS BISGAARD & SMITH LLP**

　　/s/ Jason G. Revzin
Jason G. Revzin
Nevada Bar No. 8629
6385 South Rainbow Blvd., Suite 600
Las Vegas, NV 89118
Telephone: (702) 893-3383
Fax: (702) 893-3789
Email: jason.revzin@lewisbrisbois.com
***Counsel for Trans Union LLC***

**HAINES & KRIEGER, LLC**

　　*/S/ DAVID H. KRIEGER*
David H Krieger
Nevada Bar No. 9086
8985 S Eastern Ave, Suite 350
Henderson, NV 89123
Telephone: (702) 880-5554
Fax: (702) 383-5518
Email: dkrieger@hainesandkrieger.com
***Counsel for Plaintiff***

**IT IS SO ORDERED.**

　　Dated this 2nd day of June, 2017.

　　　　　　　　　　　　　　　　　　　　　　　　
UNITED STATES MAGISTRATE JUDGE

**CERTIFICATE OF SERVICE**

This is to certify that on the 31st of May, 2017, I filed **STIPULATION AND ORDER EXTENDING DEFENDANT TRANS UNION LLC'S TIME TO RESPOND TO PLAINTIFF'S COMPLAINT** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following non-CM/ECF participants:

David H Krieger
Nevada Bar No. 9086
dkrieger@hainesandkrieger.com
8985 S Eastern Ave, Suite 350
Henderson, NV 89123
(702) 880-5554
(702) 383-5518 Fax
*Counsel for Plaintiff*

/s/ Carrie S. Dunham
**An Employee of**
**LEWIS BRISBOIS BISGAARD & SMITH LLP**