David H. Krieger, Esq.
Nevada Bar No. 9086
HAINES & KRIEGER, LLC
8985 S. Eastern Avenue, Suite 350
Henderson, Nevada 89123
Phone: (702) 880-5554
FAX: (702) 385-5518
Email: dkrieger@hainesandkrieger.com

Attorneys for Plaintiff,
MICHAEL D. MONGARAZ

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| MICHAEL D. MONGARAZ,<br><br>Plaintiff,<br><br>vs.<br><br>FIRST HORIZON NATIONAL CORPORATION D/B/A FIRST HORIZON HOME LOANS; EQUIFAX INFORMATION SERVICES, LLC; EXPERIAN INFORMATION SOLUTIONS, INC; TRANS UNION, LLC,<br><br>Defendant(s). | Case No.: **2:17-cv-01278-JCM-PAL**<br><br>**NOTICE OF SETTLEMENT BETWEEN MICHAEL D. MONGARAZ AND <u>EXPERIAN INFORMATION SOLUTIONS, INC</u>** |

**NOTICE IS HERBY GIVEN** that the dispute between MICHAEL D. MONGARAZ ("Plaintiff") and Defendant EXPERIAN INFORMATION SOLUTIONS, INC ("EXPERIAN") has been resolved on an individual basis. The parties anticipate filing a Stipulation for Dismissal of the Action as to the named

Plaintiff's claims against EXPERIAN, with Prejudice, within 60 days. Plaintiff requests that all pending dates and filing requirements as to EXPERIAN be vacated and that the Court set a deadline sixty (60) from present for filing a Dismissal as to EXPERIAN.

Dated: August 16, 2017

/s/ David H. Krieger, Esq.
David H. Krieger, Esq.

Attorneys for Plaintiff
*MICHAEL D. MONGARAZ*

**IT IS ORDERED** that the settling parties shall have until **October 16, 2017**, to either file a stipulation to dismiss, or a joint status report advising when the stipulation will be filed.

Dated: August 18, 2017

Peggy A. Leen
United States Magistrate Judge