David H. Krieger, Esq.
Nevada Bar No. 9086
HAINES & KRIEGER, LLC
8985 S. Eastern Avenue, Suite 350
Henderson, Nevada 89123
Phone: (702) 880-5554
FAX: (702) 385-5518
Email: dkrieger@hainesandkrieger.com

Attorneys for Plaintiff,
MICHAEL D. MONGARAZ

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| MICHAEL D. MONGARAZ,<br><br>Plaintiff,<br><br>vs.<br><br>FIRST HORIZON NATIONAL CORPORATION D/B/A FIRST HORIZON HOME LOANS; EQUIFAX INFORMATION SERVICES, LLC; EXPERIAN INFORMATION SOLUTIONS, INC; TRANS UNION, LLC,<br><br>Defendants. | CASE NO. **2:17-cv-01278-JCM-PAL**<br><br>**STATUS REPORT ON NOTICE OF SETTLEMENT** |

On or about 8/16/2017, MICHAEL D. MONGARAZ (the "Plaintiff") and EXPERIAN INFORMATION SOLUTIONS, INC (the "Defendant" or "EXPERIAN")(hereinafter collectively the "Settling Parties") settled their respective disputes in this matter.

Pursuant to the Court's Order entered on August 18, 2017, the Settling Parties were to file dismissal paperwork by October 16, 2017 or provide a status report outlining what is impeding settlement and full resolution in this matter. **See Doc. No. 19.**

While dismissal paperwork has not yet been filed, the Settling Parties have negotiated the final terms of a proposed settlement agreement and the settlement terms are being executed.

The specific delays in filing dismissal paperwork resulted from a natural time delay in finalizing agreeable credit reporting data to be reported on the Plaintiff's credit report. The Settling Parties both had to consult with their clients to finalize the data which was agreeable to be published by the Defendant. Accordingly, additional time was required to finalize settlement and fulfill the Settling Parties' settlement obligations.

The Settling Parties expect to have all outstanding settlement issues resolved within sixty (60) days.

Respectfully submitted October 11, 2017

/s/ David H. Krieger, Esq.
David H. Krieger, Esq.
8985 S. Eastern Avenue, Suite 350
Henderson, Nevada 89123
 (702) 880-5554
dkrieger@hainesandkrieger.com

Attorneys for Plaintiff
***MICHAEL D. MONGARAZ***

IT IS SO ORDERED

_____
United States Magistrate Judge

Dated: October 12, 2017

2