David H. Krieger, Esq.
Nevada Bar No. 9086
HAINES & KRIEGER, LLC
8985 S. Eastern Avenue, Suite 350
Henderson, Nevada 89123
Phone: (702) 880-5554
FAX: (702) 385-5518
Email: dkrieger@hainesandkrieger.com
*Attorney for Plaintiff, MICHAEL D. MONGARAZ*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| MICHAEL D. MONGARAZ, | Case No. 2:17-cv-01278-JCM-PAL |
| Plaintiff, | |
| v. | **STIPULATION AND ORDER DISMISSING ACTION WITH PREJUDICE AS TO EXPERIAN INFORMATION SOLUTIONS, INC ONLY** |
| FIRST HORIZON NATIONAL CORPORATION D/B/A FIRST HORIZON HOME LOANS; EQUIFAX INFORMATION SERVICES, LLC; EXPERIAN INFORMATION SOLUTIONS, INC; TRANS UNION, LLC, | |
| Defendants. | |

Plaintiff MICHAEL D. MONGARAZ and Defendant EXPERIAN INFORMATION SOLUTIONS, INC hereby stipulate and agree that the above-

…

…

…

…

…

Page **1** of **2**

entitled action shall be dismissed with prejudice in accordance with Fed. R. Civ. P. 41 (a)(2) as to, and **ONLY as to, EXPERIAN INFORMATION SOLUTIONS, INC**. Each party shall bear its own attorney's fees, and costs of suit.

Dated: November 8, 2017

| By: | By: |
|---|---|
| /s/David H. Krieger, Esq. | /s/ Jennifer L. Braster, Esq. |
| David H. Krieger, Esq. | Jennifer L. Braster, Esq. |
| Nevada Bar No. 9086 | Naylor & Braster |
| HAINES & KRIEGER, LLC | 1050 Indigo Drive |
| 8985 S. Eastern Avenue | Suite 200 |
| Suite 350 | Las Vegas, NV 89145 |
| Henderson, Nevada 89123 | *Attorney for Defendant EXPERIAN INFORMATION SOLUTIONS, INC* |
| *Attorney for Plaintiff* | |

## ORDER

IT IS SO ORDERED

_____
UNITED STATES DISTRICT JUDGE

DATED: November 9, 2017
_____